IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN C. COLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CV493 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | ORDER |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

For good cause shown,

**IT IS ORDERED** that plaintiff's Motion for extension of time [14] is granted, and the deadlines set in Order [13] are extended as follows:

1. The Plaintiff shall file and serve a brief on or before **March 6, 2007**;

2. The Defendant shall file and serve a brief on or before **April 10, 2007**; and

3. This case will be ripe for decision on **April 11, 2007**.

4. The Clerk shall amend the records of the court to reflect the recent appointment of Michael J. Astrue as Commissioner of the Social Security Administration.

**DATED February 21, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**